### E. V. REEVES, Movant, v. Pearl Harris GARDNER, Opposed.

Court of Appeals of Kentucky.
Oct. 26, 1951.

Harry B. Miller and Harry B. Miller, Jr., Lexington, for movant.

Charles Wylie, Lexington, F. Selby Hurst, Lexington, for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.